UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MICHAEL LONG, | No. 2:23-cv-01739 KJM scr P |
| Plaintiff, | |
| v. | ORDER |
| WORLD, | |
| Defendant. | |

Plaintiff, a county jail inmate proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 16, 2024, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. *See* F&Rs, ECF No. 8. Plaintiff has filed objections to the findings and recommendations. Obj., ECF No. 9.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 8) are adopted in full;

2. Plaintiff's motion to proceed in forma pauperis is denied;

3. The court finds plaintiff accrued three strikes under 28 U.S.C. § 1915(g) prior to filing this action;

4. Plaintiff shall pay the $402 filing fee within 30 days in order to proceed with this action; and

5. This case is referred back to the magistrate judge for further handling.

DATED: October 4, 2024.

UNITED STATES DISTRICT JUDGE

2